IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

REBECCA TOUCHTON-CLARK,     *

        Plaintiff,     *

v.     Case No. 7:18-cv-180(HL)

    *

COMMISSIONER OF SOCIAL SECURITY,

    *

        Defendant.

    *

## **J U D G M E N T**

Pursuant to the Order of this Court filed August 11, 2022, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $41,257.03.

This 11th day of August, 2022.

David W. Bunt, Clerk

s/ Robin L. Walsh, Deputy Clerk